**W. E. HAMNER, et al., v. FLORIDA LAND HOLDING CORPORATION**

22 So. (2nd) 813 June Term, 1945

July 17, 1945 Division B

*Massari, Patton & Spicola,* for W. E. Hamner, *J. W. B. Shaw,* for E. L. Hamner and *Nathan R. Graham* and *Paul E. Dixon,* for et al. intervenors, appellants, *Earle B. Askew,* for appellee.

PER CURIAM:

The decree appealed from is affirmed. See Rhode, as executor, etc., v. Gallat, 70 Fla. 536, 70 So. 471; Smith v. Shackleford, 92 Fla. 731, 110 So. 358.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.